# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MATE TAYLOR, AIS #130155, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION 17-350-CG-MU |
| DANIEL WELLS, ) ) | |
| Defendant. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 7th day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE